# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MONIQUE A. TIMMONS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. CIV-11-1369-M |
| | ) |
| CAROLYN W. COLVIN, | ) |
| Commissioner, Social Security | ) |
| Administration, | ) |
| | ) |
| Defendant. | ) |

## ORDER

On February 26, 2013, United States Magistrate Judge Bana Roberts issued a Report and Recommendation in this action brought pursuant to 42 U.S.C. § 405(g) for judicial review of the final decision of the Commissioner of the Social Security Administration ("Commissioner") denying plaintiff's application for disability insurance benefits. The Magistrate Judge recommended the Commissioner's decision be reversed and remanded for further proceedings. The parties were advised of their right to object to the Report and Recommendation by March 18, 2013. A review of the file reveals no objection has been filed.

Upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation [docket no. 21] issued by the Magistrate Judge on February 26, 2013;

(2) REVERSES the decision of the Commissioner;

(3) REMANDS for further proceedings consistent with the Report and Recommendation; and

(4)  ORDERS that judgment issue forthwith in accordance with the provisions of sentence four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED this 26th day of March, 2013.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE